■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS SUAREZ, Also Known as JESUS LEMUS, Appellant. [682 NYS2d 587] —Judgment, Supreme Court, Bronx County (Martin Marcus, J.), rendered May 16, 1996, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

The record establishes a valid waiver of the right to appeal (*People v Moissett*, 76 NY2d 909). In any event, we perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Nardelli, Williams and Rubin, JJ.